

# THE THIRTEENTH COURT OF APPEALS

---

13-15-00370-CV

---

Jaime Garcia, D/B/A Rio Pilon Pit,  Cynthia Garcia D/B/A Bravo Pit,  Edmundo Ramos
Tellez,  Aurelia Garza Garcia,  Andres De Jesus Olvera Muniz,  Alfa De La Luz
Hernandez Padron, and  Francisco Javier Ruiz Gomez
v.
Hidalgo County Irrigation #6

---

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Cause No. C-3264-13-I

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed.  The Court orders the appeal DISMISSED in accordance with its opinion.  Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.


November 19, 2015